1   SEYFARTH SHAW LLP
    Mark P. Grajski (SBN 178050)
2   Email: mgrajski@seyfarth.com
    400 Capitol Mall, Suite 2350
3   Sacramento, California  95814-4428
    Telephone:     (916) 448-0159
4   Facsimile:     (916) 558-4839

5   SEYFARTH SHAW LLP
    Timothy M. Rusche (SBN 230036)
6   Email: trusche@seyfarth.com
    Simon L. Yang (SBN 260286)
7   Email: syang@seyfarth.com
    333 South Hope Street, Suite 3900
8   Los Angeles, California 90071
    Telephone:     (213) 270-9600
9   Facsimile:     (213) 270-9601

10  Attorneys for Defendant
    COSTCO WHOLESALE CORPORATION
11
    Alan Harris (SBN 146079)
12  Email: aharris@harrisandruble.com
    David Zelenski (SBN 231768)
13  Email: dzelenski@harrisandruble.com
    HARRIS & RUBLE
14  4771 Cromwell Avenue
    Los Angeles, California 90027
15  Telephone:     (323) 962-3777
    Facsimile:     (323) 962-3004
16
    Attorneys for Plaintiff
17  ED WHITAKER

18                  UNITED STATES DISTRICT COURT

19                  EASTERN DISTRICT OF CALIFORNIA

20

21  ED WHITAKER,                          Case No. 2:13-CV-00668-JAM-EFB

22              Plaintiff,                 **STIPULATION AND  ORDER
                                           REGARDING AGREED UPON
23       v.                                DISCOVERY**

24  COSTCO WHOLESALE CORPORATION
    and DOE ONE through and including DOE
25  TEN, inclusive,

26              Defendants.

27

28

---

STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON DISCOVERY
16322234v.1

1    Plaintiff Ed Whitaker and Defendant Costco Wholesale Corporation hereby stipulate as

2  follows:

3    **WHEREAS**, Plaintiff's claims were originally pending before the Central District of

4  California as part of <u>Velazquez v. Costco Wholesale Corporation</u>, Central District Case No. CV

5  11-00508 JVS (RNBx);

6    **WHEREAS**, pursuant to a Stipulation reached by the parties, the <u>Velazquez</u> court

7  ordered that Plaintiff's claims be transferred to the Eastern District before discovery was

8  complete;

9    **WHEREAS**, the Parties desire to conduct limited additional discovery before trial.

10    **THEREFORE**, the parties hereby agree and stipulate that:

11    1.    Plaintiff may depose Alan Caito, Randy Takeshita and Terry Fuller;

12    2.    Defendant may continue the deposition of Plaintiff for up to two hours;

13    3.    There will be no further written discovery, and;

14    4.    The parties request a trial date between June 2014 and October 2014, if that suits

15  the Court.

16    **IT IS SO STIPULATED.**

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON DISCOVERY

16322234v.1

1    DATED: October 22, 2013                  Respectfully submitted,

2                                             SEYFARTH SHAW LLP

3

4                                             By: /s/ Mark P. Grajski
                                                  Mark P. Grajski
5
                                              Attorneys for Defendant
6                                             COSTCO WHOLESALE CORPORATION

7

8    DATED: October 22, 2013                  HARRIS & RUBLE

9

10                                            By: /s/ David Zelenski
                                                  Alan Harris
11                                                David Zelenski

12                                            Attorneys for Plaintiff
                                              ED WHITAKER
13

14

15

16        **IT IS SO ORDERED:**

17

18   Dated:  10/22/2013                       /s/ John A. Mendez
                                              UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                    3