1  SEYFARTH SHAW LLP
   Mark P. Grajski (SBN 178050)
2  Email: mgrajski@seyfarth.com
   400 Capitol Mall, Suite 2350
3  Sacramento, California  95814-4428
   Telephone:     (916) 448-0159
4  Facsimile:     (916) 558-4839

5  SEYFARTH SHAW LLP
   Timothy M. Rusche (SBN 230036)
6  Email: trusche@seyfarth.com
   Simon L. Yang (SBN 260286)
7  Email: syang@seyfarth.com
   333 South Hope Street, Suite 3900
8  Los Angeles, California 90071
   Telephone:     (213) 270-9600
9  Facsimile:     (213) 270-9601

10 Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION
11
   Alan Harris (SBN 146079)
12 Email: aharris@harrisandruble.com
   David Zelenski (SBN 231768)
13 Email: dzelenski@harrisandruble.com
   HARRIS & RUBLE
14 4771 Cromwell Avenue
   Los Angeles, California 90027
15 Telephone:     (323) 962-3777
   Facsimile:     (323) 962-3004
16
   Attorneys for Plaintiff
17 ED WHITAKER

18              UNITED STATES DISTRICT COURT

19            EASTERN DISTRICT OF CALIFORNIA

20

21 ED WHITAKER,                        Case No. 2:13-CV-00668-JAM-EFB

22          Plaintiff,                 **STIPULATION AND  ORDER
                                        REGARDING AGREED UPON
23     v.                              DISCOVERY**

24 COSTCO WHOLESALE CORPORATION
   and DOE ONE through and including DOE
25 TEN, inclusive,

26          Defendants.

27

28

---

STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON DISCOVERY
16322234v.1

1    Plaintiff Ed Whitaker and Defendant Costco Wholesale Corporation hereby stipulate as

2    follows:

3    **WHEREAS**, Plaintiff's claims were originally pending before the Central District of

4    California as part of <u>Velazquez v. Costco Wholesale Corporation</u>, Central District Case No. CV

5    11-00508 JVS (RNBx);

6    **WHEREAS**, pursuant to a Stipulation reached by the parties, the <u>Velazquez</u> court

7    ordered that Plaintiff's claims be transferred to the Eastern District before discovery was

8    complete;

9    **WHEREAS**, the Parties desire to conduct limited additional discovery before trial.

10   **THEREFORE**, the parties hereby agree and stipulate that:

11   1.    Plaintiff may depose Alan Caito, Randy Takeshita and Terry Fuller;

12   2.    Defendant may continue the deposition of Plaintiff for up to two hours;

13   3.    There will be no further written discovery, and;

14   4.    The parties request a trial date between June 2014 and October 2014, if that suits

15   the Court.

16   **IT IS SO STIPULATED.**

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON DISCOVERY

16322234v.1

1 DATED: October 22, 2013     Respectfully submitted,

2              SEYFARTH SHAW LLP

3

4              By: /s/ Mark P. Grajski

5                Mark P. Grajski

6              Attorneys for Defendant
                COSTCO WHOLESALE CORPORATION

7

8 DATED: October 22, 2013     HARRIS & RUBLE

9

10              By: /s/ David Zelenski

11               Alan Harris
               David Zelenski

12              Attorneys for Plaintiff
                ED WHITAKER

13

14

15

16   **IT IS SO ORDERED:**

17

18 Dated:  10/22/2013      /s/ John A. Mendez
                UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND [PROPOSED] ORDER REGARDING AGREED UPON DISCOVERY

16322234v.1