UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED WHITAKER, | No. 2:13-cv-668-JAM-EFB |
| Plaintiff, | |
| v. | ORDER |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant. | |

On April 14, 2014, plaintiff filed a request to extend the time to conduct discovery and to compel the depositions of Alan Caito, Randy Takeshita and Terry Fuller. ECF No. 236. The motion is noticed for hearing on April 30, 2014. *Id.*

On October 24, 2013, the assigned district judge issued a Status (Pretrial Scheduling) Order, which provides that all discovery shall be completed by April 14, 2014. ECF No. 233 at 2. The order further provides that "'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes related to discovery shall have been resolved by appropriate order if necessary, and, where discovery has been ordered, the order has been complied with." *Id.*

/////

/////

1

In light of the April 14, 2014 deadline, this court will have no authority to consider the motion compel on April 30, 2014. Although plaintiff does request an additional 60 days to conduct discovery, a motion to modify the pretrial scheduling order must be heard and decided by the district judge. Accordingly, the motion to compel, ECF No. 236, is denied without prejudice and the April 30, 2014 hearing thereon is vacated.

So Ordered

DATED: April 16, 2014.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE