1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ED WHITAKER,                    No. 13-CV-00668 JAM-EFB

12            Plaintiff,         **ORDER GRANTING IN PART AND
                                 DENYING IN PART PLAINTIFF'S**
13        v.                     **MOTION FOR AN EXTENSION OF THE
                                 DISCOVERY CUT-OFF DATE AND**
14   COSTCO WHOLESALE CORPORATION,   **COMPELLING COSTCO TO PRODUCE
                                 DEPOSITION WITNESSES**
15            Defendant.

16

17        Plaintiff's Motion to extend the discovery cut-off came on

18   for hearing before this Court on June 4, 2014.  Plaintiff seeks

19   this extension to examine witnesses Alan Caito, Randy Takeshita

20   and Terry Fuller Holland, as previously agreed by Stipulation of

21   October 22, 2013 (Stipulation and Order Regarding Agreed Upon

22   Discovery [EF Doc. 232, Filed Oct. 23, 2013]).

23        The Court finds that good cause exists for a brief extension

24   of the discovery cut-off in order to allow Plaintiff to take the

25   depositions of Alan Caito and Randy Takeshita.  Good cause was

26   not shown as to Plaintiff's request to depose Terry Fuller

27   Holland.  Accordingly, Plaintiff's Motion herein is granted in

28   part and denied in part, and

                                    1

1    IT IS ORDERED that:

2    1.    The discovery cut-off date for this case is extended to

3  June 27, 2014;

4    2.    The deposition of Alan Caito shall be held in Des

5  Moines, Iowa no later than June 17, 2014 or, if the parties

6  informally agree, no later than June 27, 2014;

7    3.    The deposition of Randy Takeshita shall be held in, or

8  in a location near, Manteca, California no later than June 27,

9  2014; and

10    4.    Plaintiff shall pay all expenses incurred by

11  Defendant's counsel in connection with these depositions,

12  including travel expenses (meals, hotel and transportation) and

13  the cost of deposition transcripts.  An itemization of these

14  expenses shall be sent by Defendant to Plaintiff's counsel by

15  July 21, 2014 and paid by Plaintiff prior to the August 15, 2014

16  pre-trial conference.

17    IT IS SO ORDERED.

18  Dated:   June 4, 2014

19

20  _____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2